FILED
2006 Mar-31  PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| **SHARON R. MYERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **6:03-cv-00571-UWC** |
| **TOWN OF PARRISH,** | ) | |
| **ALABAMA, a municipal** | ) | |
| **corporation; and WILFORD** | ) | |
| **CAGLE, individually and in his** | ) | |
| **capacity as mayor of the Town of** | ) | |
| **Parrish,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 17, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On February 27, 2006, the plaintiff filed objections to the magistrate judge's report and recommendation. On March 6, 2006, the defendants filed a response. On March 9, 2006, the magistrate judge's report and recommendation was amended.

After careful consideration of the record in this case, the magistrate judge's original report and recommendation, plaintiff's objections thereto, the defendants' response and the magistrate judge's amended report and recommendation, the

court hereby ADOPTS the report of the magistrate judge.  The court ACCEPTS the recommendations of the magistrate judge and it is therefore ORDERED, ADJUDGED and DECREED that the defendant's Motion for Summary Judgment (Doc. 15) is due to be and is hereby DENIED as to plaintiff's First Amendment and False Arrest claims and GRANTED as to plaintiff's Due Process and Abuse of Process claims.

A pre-trial conference in the above entitled case will be held on Wednesday, April 12, 2006, at 1:30 p.m., at the Federal Courthouse in Tuscaloosa, Alabama.

Done the 31st day of March, 2006.

_____
U.W. Clemon
Chief United States District Judge